IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE | : |
| | :    CIVIL ACTION |
| v. | : |
| | : |
| | :    NO. 24-5704 |
| MCLANE/EASTERN, INC., ET AL. | : |

## ORDER

**AND NOW**, this 2nd day of October, 2025, upon consideration of Defendant's correspondence requesting this matter be dismissed for failure to prosecute (Dkt. 31), with Plaintiff failing to timely respond thereto, recognizing that Plaintiff is pro se, it is hereby ORDERED that Plaintiff has until October 15, 2025 to respond to Defendants' Motion to Dismiss. Failure to timely respond will result in this matter being dismissed with prejudice.

BY THE COURT:

_____
GAIL WEILHEIMER            J.